# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **GLENN R. BEHNKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 11-2262 |
| ) | |
| **AT&T MOBILITY SERVICES LLC,** ) | |
| **a limited liability company organized under** ) | |
| **the laws of Delaware,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On May 14, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#15) in this case. Judge Bernthal recommended that Defendant's Motion to Dismiss (#3), converted to a motion for summary judgment, be granted. Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objection to the entry of summary judgment in favor of Defendant on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#15). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#15). Accordingly, this court agrees that Defendant's Motion to Dismiss (#3), converted to a motion for summary judgment, should be granted.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Defendant's Motion to Dismiss (#3), converted to a motion for summary judgment, is GRANTED.

(3) Defendant's Motion for Leave to File Supplemental Authority (#14) is DENIED as MOOT.

(4) This case is terminated. Judgment is entered in favor of Defendant and against Plaintiff pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Entered this 13th day of June, 2012

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE